**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THOMAS VOZELLA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **Case No.: 1:14-cv-10003-MBB** |
| | ) |
| DYNAMIC RECOVERY SOLUTIONS, LLC, | ) |
| | ) |
| Defendant | ) |
| | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: March 5, 2014          BY: */s/ Craig Thor Kimmel*
                                                   Craig Thor Kimmel, Esquire
                                                   BBO# 662924
                                                   Kimmel & Silverman, P.C
                                                   30 East Butler Pike
                                                   Ambler, PA 19002
                                                   Phone: (215) 540-8888
                                                   Facsimile: (215) 540-8817
                                                   Email: kimmel@creditlaw.com
                                                   Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 5th day of March, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

Chad V. Echols, Esq.
The Echols Firm, LLC
115 Oakland Avenue
Suite 102
Rock Hill SC 29730
chad.echols@theecholsfirm.com

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
BBO# 662924
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff
